### M. J. Cletcher, Appellant, v. Estate of James L. Alsup, Deceased, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Pope county; the Hon. WILLIAM N. BUTLER, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 1, 1914.

### Statement of the Case.

Action by M. J. Cletcher against the estate of James L. Alsup to recover on a promissory note. The trial court found in favor of the Estate and rendered judgment against plaintiff for costs. To reverse the judgment, plaintiff appeals.

J. W. BROWNING and CHARLES DURFEE, for appellant; W. A. SPANN, of counsel.

JAMES C. COURTNEY and H. A. EVANS, for appellee.

MR. PRESIDING JUSTICE McBRIDE delivered the opinion of the court.

## Abstract of the Decision.

BILLS AND NOTES, § 78*—*when erasures and alterations on note defeats recovery thereon.* In an action against an estate to recover on a promissory note containing erasures and alterations which plaintiff claimed were made before the note was signed by the deceased, *held* that a judgment for defendant was sustained by the evidence, it appearing that the amount of the note, the payee and also the date had been changed and there was no explanation given as to why a new note was not prepared.